# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KATHY A. COMSTOCK,**

    vs.                        **CASE NUMBER: 5:07-CV-989 (VEB)**

**MICHAEL J. ASTRUE,** as the Commissioner of the Social Security Administration

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Judgment on the Pleadings is GRANTED and that Plaintiff's Motion for Judgment on the Pleadings is DENIED. Judgment is hereby entered in favor of the Defendant and this action is now closed.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 15th day of January, 2009.

DATED: January 16, 2009

                                                Clerk of Court

                                                s/
                                                Melissa Ennis
                                                Deputy Clerk